UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIAMANTINA P. MARQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. C-07-245 |
| | § | |
| WILSHIRE CREDIT CORP., et al, | § | |
| | § | |
| Defendant. | § | |

ORDER STRIKING PLEADING (S)

The clerk has filed <u>Defendant Wilshire Credit Corporation's Motion for Leave to File It's (sic) Second Amended Answer (D.E. 33)</u>, however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed by, or by permission of, attorney-in-charge. (LR5.2)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. _X_ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re: conference w/opposing counsel/party (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other:

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated:   July 26, 2007

_____
JUDGE PRESIDING