UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIAMANTINA P. MARQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. C-07-245 |
| | § | |
| WILSHIRE CREDIT CORP., et al, | § | |
| | § | |
| Defendant. | § | |

ORDER STRIKING PLEADING (S)

The clerk has filed Defendant Wilshire Credit Corporation's Motion for Leave to File It's (sic) Second Amended Answer (D.E. 36), however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed by, or by permission of, attorney-in-charge.(LR5.2)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re: conference w/opposing counsel/party (LR7.1D)

6. _X_ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other:

The clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated:   July 30, 2007

_____
JUDGE PRESIDING